UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEREA RAMSEUR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIFEPOINT HEALTH, INC., et al., <br><br> Defendants. | Case No. 3:24-cv-00994 <br><br> Chief Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

This matter is set for an initial case management conference on January 10, 2025 at 9:30 a.m. (Doc. No. 20.) The Court's conference line has been changed. Counsel for each party shall call (650) 479-3207 and enter access code 2317 604 8628# to participate. When the parties are prompted to provide the participant identification number, select # to be connected to the conference.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge